# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

136940

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STACY J. SAZIMA,
        Plaintiff-Appellee,

v

SHEPHERD BAR & RESTAURANT and
AUTO-OWNERS INSURANCE COMPANY,
        Defendants-Appellants.

SC: 136940
COA: 281855
WCAC: 06-000269

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on November 19, 2008, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the decision of the Workers' Compensation Appellate Commission is contrary to *Simkins v General Motors Corp (After Remand)*, 453 Mich 703, 723 (1996). The parties may file supplemental briefs no later than November 12, 2008, on that issue. They should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk